Adrian R. Bacon
The Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Tele: (323) 306-4234
abacon@toddflaw.com

Alex D. Kruzyk (*pro hac vice*)
akruzyk@pkglegal.com
PARDELL, KRUZYK & GIRIBALDO, PLLC
7500 Rialto Blvd. Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444

Jacob U. Ginsburg, Esq. (*pro hac vice*)
KIMMEL & SILVERMAN, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: (267) 468-5374
Email: jginsburg@creditlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Savannah Berger, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Leadpoint, Inc.,<br><br>　　　　　Defendant. | No. 2:24-cv-04542-MCS<br><br>District Judge: Marc C. Scarsi<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff, Savanna Berger and Defendant, Leadpoint, Inc., by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the individual claims of Plaintiff Savanna Berger against Defendant Leadpoint, Inc., with each party bearing its own fees and costs.

**IT IS SO STIPULATED.**

Dated: July 2, 2025

| | |
|---|---|
| */s/ Brittany Andres (with permission)* <br> Eric J. Troutman, Esq. <br> Puja J. Amin, Esq. <br> Brittany A Andres, Esq. <br> Troutman Amin, LLP <br> 400 Spectrum Center Drive, Suite 1550 <br> Irvine, CA 92618 <br> 949-412-5436 <br> troutman@troutmanamin.com <br> amin@troutmanamin.com <br> brittany@troutmanamin.com <br><br> Todd M Arnold, Esq. <br> Levene Neale Bender Yoo and Golubchik LLP <br> 2818 La Cienega Avenue <br> Los Angeles, CA 90034 <br> 310-229-1234 <br> 310-229-1244 (fax) <br> tma@lnbyg.com <br> *Attorneys for Defendant* | */s/ Jacob U. Ginsburg* <br> Jacob U. Ginsburg, Esq. (*pro hac vice*) <br> Kimmel & Silverman, P.C. <br> 30 East Butler Ave. <br> Ambler, PA 19002 <br> Phone: (267) 468-5374 <br> Email: jginsburg@creditlaw.com <br><br> Alex D. Kruzyk (*pro hac vice*) <br> akruzyk@pkglegal.com <br> **Pardell, Kruzyk & Giribaldo, PLLC** <br> 7500 Rialto Blvd. Suite 1-250 <br> Austin, Texas 78735 <br> Tele: (561) 726-8444 <br><br> Adrian R. Bacon, Esq. <br> The Law Offices of Todd M. Friedman, P.C. <br> 21031 Ventura Blvd, Ste. 340 <br> Woodland Hills, CA 91364 <br> Tele: (323) 306-4234 <br> abacon@toddflaw.com <br> *Attorneys for Plaintiff* |

**STIPULATION OF DISMISSAL**